IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONNA M. WARD  
Plaintiff  

v.  

U.S. DEPARTMENT of COMMERCE,  
BUREAU of the CENSUS, et. al.  
Defendants  

Civil No. GJH-15-817

## MOTION FOR EXTENDED TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

Plaintiff, Donna M. Ward, on her own behalf, moves for extended time to oppose Defendant Agency's (Agency) Rule 12(b)(6) and Rule 56 motions, dated September 23, 2015, and received by UPS delivery on or about September 25.

Specifically, I seek until a date no earlier than October 30, 2015, to file a motion asking this Court to deny Agency's 12(b)(6) motion and to grant Plaintiff leave to file an amended complaint.

Further, I need extended time to file a memorandum opposing Agency's request for summary judgment. My ghostwriter (a sibling—not an attorney—who is assisting me with research, writing, etc.) and I are combing the MSPB record in anticipation of filing a Memorandum In Opposition To Defendants' Motion for Summary Judgment And In Support of Plaintiff's Motion for Summary Judgment.

Good cause exists because a record that fully represents the positions of all parties is necessarily in the interest of justice. A major hurdle to my opposing Agency's summary judgment and supporting my claims is the *omitted* EEO Report of Investigation (ROI) compiled by the Agency's Office of Civil Rights (OCR). Relevant portions of the investigative report remain absent from the administrative record, even though the ROI purportedly supported the Final Agency Decision that was the basis for my MSPB mixed-case appeal.

The ROI contains statements, events, and dates supporting my factual assertions, but I need time and guidance with regards to placing these documents before this reviewing court. Guidance includes answers to such questions as: Can I attach non-authenticated ROI exhibits to my memorandum or must I secure a certified copy? If so, who is required to produce these documents? Is it a discovery request? Do I contact OCR directly, make request through the U.S. Attorney, or seek a court order?

Under Federal Rule 56(d) the court may grant a party's request for additional time to obtain material facts needed to oppose or support summary judgment. Accordingly, and because good and sufficient cause exists, I respectfully move that this Court extend the filing deadline and provide, as appropriate, instruction on obtaining material evidence in admissible form.

Respectfully submitted,

Donna M. Ward, *Pro Se*
1918 St. Bernardine Way
Capital Heights, MD 20743
(301)568-5899

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 9, 2015, I caused a copy of the Motion for Extended Time to Oppose Defendant's Motion to Dismiss or for Summary Judgment to be mailed, first-class postage to:

>Jane E. Anderson, Esq.
>Assistant United States Attorney
>36 S. Charles Street, 4th Floor
>Baltimore, Maryland 21201

*/s/ Donna M. Ward*
Donna M. Ward
Plaintiff, *Pro Se*